IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAUNDRIC MANN,<br><br>        Plaintiff<br><br>        v.<br><br>THE CITY OF CHICAGO,<br>OFFICER J.K. REGINER, OFFICER<br>MATTHEW KASPUT, OFFICER S.M.<br>HUFFMAN, OFFFICER MICHAEL MARQUA,<br>OFFICER GODFREY CRONIN, OFFICER<br>PALUBICKI and UNKNOWN POLICE OFFICERS<br><br>        Defendants. | JURY DEMANDED |

<u>COMPLAINT</u>

Plaintiff Shaundric Mann, by counsel, SPEARMAN LAW, LLC, alleges as follows:

1. This is a civil action arising under 42 U.S.C. 1983. The jurisdiction of this Court is conferred by 28 U.S.C. § 1343 and § 1367.

2. Plaintiff, Shaundric Mann is a resident of the Northern District of Illinois.

3. At all times mentioned herein, defendants were police officers of the City of Chicago acting within the color of law and within the scope of their employment. Plaintiff sues each officer in his individual capacity. Plaintiff additionally asserts state law claims against both officers for battery.

4. Defendant City of Chicago is an Illinois municipal corporation with its principal office in Cook County, Illinois. Plaintiff asserts a state law claim against the City based on the doctrine of respondent superior for battery. Plaintiff also joins the City as the indemnitor of the individual officers on Plaintiff's federal claims.

5. On August 15, 2020, Plaintiff was peacefully protesting in downtown Chicago at or near 121 S. LaSalle, Chicago, IL, 60604.

6. Plaintiff prepared to leave the protest and proceeded walking down an alley at or near 121 S. LaSalle, Chicago, IL, 60604.

7. After Plaintiff proceeded down the alley, Defendants formed a "skirmish line" at the end of the alley.

8. Prior to Defendants forming the line, Plaintiff had already proceeded into the alley, and therefore he was positioned behind the Defendants, walking in the opposite direction.

9. The Defendants ambushed Plaintiff without cause or justification

10. More specifically, Defendants punched Plaintiff in the face several times.

11. Defendants struck Plaintiff on his head with a wooden baton.

12. Defendants wrestled Plaintiff to the ground and continued striking Plaintiff.

13. One Defendant pressed his knee into Plaintiff's back, although Plaintiff was not resisting.

14. Plaintiff yelled "I cannot breathe."

15. One Defendant Officer responded by saying, "good bro."

16. Plaintiff started to lose oxygen and could no longer hear.

17. The Defendants arrested Plaintiff without cause or justification

18. The Defendants' actions injured Plaintiff.

19. Plaintiff demands trial by jury.

WHEREFORE, Plaintiff requests that judgment be entered in his favor and against all defendants as compensatory damages, in an amount to be determined by the trier of fact, and

additionally for an award of punitive damages in an amount to be determined by the trier of fact against defendants, and attorney's fees.

Respectfully submitted,

Shaundric Mann

/s/ Kendra D. Spearman
**Kendra D. Spearman** (ARDC No. 6324689)
Spearman Law, LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
312.788.2602
kendra@spearmanlaw.com